AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Theodore Middendorf<br><br>*Defendant* | ) Case: 1:24-mj-00012<br>) Assigned To : Upadhyaya, Moxila A.<br>) Assign. Date : 1/16/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |
|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Theodore Middendorf                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building; and
18 U.S.C. §§ 1361 and 2- Destruction of Government Property.

Date:    01/16/2024

*M.A. Upa[dhyaya]*
*Issuing officer's signature*

City and state:        Washington, D.C.                    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  6-27-24  , and the person was arrested on *(date)*  6-27-24
at *(city and state)*  Danville, FL  .

Date:  6-27-24

*Uo McClain    7174*
*Arresting officer's signature*

*McClain   Corrections Officer*
*Printed name and title*