UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br><br>THEODORE MIDDENDORF<br><br>Defendant(s). | Case Number:  24-CR-00116-JEB-001 |

**MOTION TO CONTINUE CHANGE OF PLEA HEARING**

COMES NOW Defendant, Theodore Middendorf, through counsel, and moves this Honorable Court to continue his change of plea hearing currently set for November 14, 2024. In support of his Motion, Defendant states the following:

1. Mr. Middendorf is charged in the above styled cause with one count of Destruction of Government Property and Aiding and Abetting in violation of 18 U.S.C. § 1361 and 1362, one count of Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1), one count of Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2), one count of Engaging in Physical Violence in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(4), one count of Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104€(2)(D), one count of Act of Physical Violence in the Capitol Grounds or Buildings in violation of 40 U.S.C. § 5104(e)(2)(F), and one count of Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G).(ECF No. 16).

2. On November 6, 2024, Donald Trump became President-Elect of the United States.

3. Due to this, there will be an upcoming, likely significant, change in administration and uncertainty surrounding how cases, such as this Defendant's, will be handled in the near future.

4. Additionally, when taking judicial economy into consideration, Mr. Middendorf has only requested one prior continuance and does not want to cause the expenditure of more resources when there is the above-mentioned uncertainty.

5. In order to provide effective assistance of counsel, Counsel for Mr. Middendorf is filing this motion at this time.

6. Defendant's request for Continuance of the Change of Plea hearing is made in the interest of justice and is not intended to vex or delay this Court.

7. Counsel for Defendant contacted AUSA Oxenreiter regarding this motion but is unsure of his position at this time.

WHEREFORE Defendant prays that this Court grant his Motion to Continue Change of Plea Hearing to the week of January 27, 2024, and for any additional relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Molly M. Madrigal*
Molly M. Madrigal
Assistant Federal Public Defender
401 West Main Street
Benton, Illinois 62812
Phone: (618) 435-2552
Fax:    (618) 435-2447
Email: molly_madrigal@fd.org

## CERTIFICATE OF SERVICE

I certify that on November 8, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to Assistant U.S. Attorney John Oxenreiter.

<u>/s/ Molly M. Madrigal</u>
MOLLY M. MADRIGAL
Assistant Federal Defender