## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-116 (JEB)** |
| | : | |
| **THEODORE MIDDENDORF** | : | |
| | : | |
| **Defendant.** | : | |

### UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S
### MOTION TO CONTINUE CHANGE-OF-PLEA HEARING

The Government respectfully submits this opposition to defendant Theodore Middendorf's motion to continue a change-of-plea hearing scheduled for November 14, 2024. ECF No. 41. On September 4, 2024, Middendorf signed a statement of offense and plea agreement, admitting to violating 18 U.S.C. § 1361. Middendorf's counsel provided the signed plea agreement to the government on September 12, 2024, and the government provided it to the Court on the same day. Middendorf has otherwise indicated a willingness to accept the government's plea offer, and the government anticipates honoring the plea agreement.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See, e.g.*, *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, 23-cr-341 (RBW), November 7, 2024 Minute Order (denying motion to continue sentencing hearing based on claim of potential clemency).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    _/s/ John Oxenreiter___
JOHN OXENREITER
New York Bar Reg. No. 5511597
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20530
John.Oxenreiter@usdoj.gov
(202) 252-7228